IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OWNERS INSURANCE COMPANY,

      Plaintiff,

v.

AUSTELL INTERNATIONAL
FARMER'S MARKET, LLC. AND
LEONOR VASQUEZ,

      Defendants.
_____/

Civil Action File No.
1:21:cv-01643-ELR

## NOTICE OF SETTLEMENT

**COMES NOW** Owners Insurance Company, Plaintiff in the above-styled matter, and hereby notifies the Court of the status of this matter.

This action concerns an insurance coverage dispute concerning the liability as alleged in an underlying state court case, *Leonor Vasquez v. Austell International Farmer's Market, LLC. and John Doe*, State Court of Gwinnett County, Civil Action File No. 20-C-03115-S1 (the "Underlying Lawsuit"). Owners has been informed that the Underlying Lawsuit was resolved by settlement on June 16, 2021.

Owners understands also that a condition of the settlement in the Underlying Lawsuit is the dismissal of this lawsuit. The parties in the underlying action Defendant Austell International Farmer's Market, LLC, its insurance carrier Owners

Insurance Company and Plaintiff Leonor Vasquez are working to exchange settlement documents for settlement funds and for settlement of the coverage issues involved in this litigation. Once the settlement of the underlying cause of action and the coverage issues alleged in this litigation are resolved, Owners Insurance Company will dismiss this action.

Respectfully submitted this 18th day of June, 2021.

                                      KENDALL | MANDELL, LLC

                                    */s/ M. Brandon Howard*
Michael C. Kendall, Esq.
Georgia Bar No. 414030
M. Brandon Howard, Esq.
Georgia Bar No. 550524
3152 Golf Ridge Boulevard, Suite 201
Douglasville, Georgia 30135
Telephone: (770) 577-3559
mckendall@kendallmandell.com
mbhoward@kendallmandell.com
*Attorneys for Plaintiff Owners Insurance Company*

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of June, 2021, the **NOTICE OF SETTLEMENT AND RESOLUTION** were filed with the Clerk of Court using the ECF system and the copies of this pleading have been sent via email to the following counsel of record:

| | |
|---|---|
| Kenneth W. Brosnahan, Esq.<br>Linda G. Carpenter<br>Sharon L. Neal, Esq.<br>THE BROSNAHAN LAW FIRM<br>31 Lenox Pointe, NE<br>Atlanta, Georgia 30324 | W. Stan Faulkner, Esq.<br>Faulkner Law Offices, LLC<br>331 Washington Avenue<br>Marietta, Georgia |

                                             KENDALL | MANDELL, LLC

                                             */s/ M. Brandon Howard*
                                             Michael C. Kendall, Esq.
                                             Georgia Bar No. 414030
                                             M. Brandon Howard, Esq.
                                             Georgia Bar No. 550524
                                             3152 Golf Ridge Boulevard, Suite 201
                                             Douglasville, Georgia 30135
                                             Telephone: (770) 577-3559
                                             mckendall@kendallmandell.com
                                             mbhoward@kendallmandell.com
                                             *Attorneys for Owners Insurance Company*

**<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Local Rules 5.1 (B) and 7.1 (D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

            KENDALL | MANDELL, LLC

            */s/ M. Brandon Howard*
            Michael C. Kendall, Esq.
            Georgia Bar No. 414030
            M. Brandon Howard, Esq.
            Georgia Bar No. 550524
            3152 Golf Ridge Boulevard, Suite 201
            Douglasville, Georgia 30135
            Telephone: (770) 577-3559
            mckendall@kendallmandell.com
            mbhoward@kendallmandell.com
            *Attorneys for Owners Insurance Company*