## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-01643-ELR |
| | * | |
| AUSTELL INTERNATIONAL | * | |
| FARMER'S MARKET, LLC, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**

_____

On June 18, 2021, Plaintiff Owners Insurance Company filed a "Notice of Settlement," providing that the underlying suit involved in this insurance coverage dispute has been resolved by a settlement that results in the dismissal of this lawsuit. [Doc. 18 at 1].  Further, Plaintiff states that once the settlement documents in the underlying suit are finalized, it will dismiss this action.  [Id. at 2].  Therefore, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1]  The Parties shall file a stipulation of dismissal upon finalization of the settlement documents.  If settlement fails, the Parties should promptly move to reopen the case.

---

[1] The Court notes that administrative closure does not affect the rights of any Party.  Any Party may move to reopen the case at any time.

**SO ORDERED**, this 22nd day of June, 2021.

Eleanor L. Ross
United States District Judge
Northern District of Georgia